UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
FEB 26 2024
FILED

United States of America

v.

Serene Hull

Case No. 24-CR-03-11-SM-AJ

## STIPULATION TO DETENTION AND WAIVER OF DETENTION HEARING

I hereby waive my right to a detention hearing as provided in:

- [x] 18 U.S.C. 3142(f), pending trial**
- [ ] 18 U.S.C. 3148(a), revocation of release/pending trial**
- [ ] Fed.R.Crim.P. 46(c) and 18 U.S.C. 3143, pending sentence
- [ ] Fed.R.Crim.P. 32.1(a)(1) and Fed.R.Crim.P. 46(c), pending revocation of probation/supervised release hearing

without prejudice, and stipulate to detention.

Date: 2/26/24

_____
Defendant

Date: 2/26/24

_____
Counsel for Defendant

**STIPULATION APPROVED.**\*

Date: 2/26/2024

_____
United States Magistrate Judge
~~United States District Judge~~

cc:  US Attorney
     US Marshal
     US Probation
     Defendant's Counsel

\* To the extent consistent with the jail's regulations, and presuming the defendant qualifies for admission, the Court makes a determination that defendant be allowed entrance into the MATADOR community program at the Strafford County Department of Corrections.

**The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court for the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

USDCNH-31 (5-99)